DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ERICA JEAN WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0874

————————————————

May 3, 2024

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.